UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LISA C. KALVA,<br><br>        Defendant. | 2:17-po-00169-KJN<br><br>ORDER TO DISMISS AND RECALL ABSTRACT<br><br>DATE:  March 14, 2017<br>TIME:  9:00 a.m.<br>JUDGE: Honorable Kendall J. Newman |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00169-KJN without prejudice is GRANTED.

    It is further ordered that the abstract issued on March 14, 2017, shall be recalled.

IT IS SO ORDERED.

Dated:  May 18, 2017

                                      /s/ Kendall J. Newman
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE